**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **OROSTREAM LLC,** | |
| Plaintiff, | CIVIL ACTION NO. 2:15-cv-248-JRG |
| v. | (LEAD CASE) |
| **ABS-CBN INTERNATIONAL,** | |
| Defendant. | |
| v. **WORLD WRESTLING ENTERTAINMENT, INC.** | CIVIL ACTION NO. 2:15-cv-261-JRG (CONSOLIDATED) |

**ORDER**

The Stipulated Motion for Dismissal with Prejudice (Dkt. No. 118) of all claims and counterclaims asserted between Plaintiff Orostream LLC and Defendant World Wrestling Entertainment, Inc.is GRANTED,

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff Orostream LLC and Defendant World Wrestling Entertainment, Inc., are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 15th day of July, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE